IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHYLASSAPHINE JACKSON, #171926, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:10cv936-TMH ) (WO) |
| FRANK ALBRIGHT, | ) ) |
| Defendant. | ) |

**OPINION and ORDER**

On January 21, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 8). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. That the plaintiff's *respondeat superior*, due process, and equal protection claims be and are hereby DISMISSED pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3. That the plaintiff's access to courts claim be and is hereby DISMISSED pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii); and

4. That this case be and is hereby DISMISSED prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Done this the 16th day of March 2011.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE