IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PHYLASSAPHINE JACKSON, #171926,   )
                                  )
    Plaintiff,                    )
                                  )
v.                                )   CIVIL ACTION NO.  2:10cv936-TMH
                                  )                (WO)
FRANK ALBRIGHT,                   )
                                  )
    Defendant.                    )

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendant and against the plaintiff, and that this action be and is hereby dismissed.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 16th day of March 2011.

                /s/ Truman M. Hobbs

                TRUMAN M. HOBBS
                SENIOR UNITED STATES DISTRICT JUDGE